■ MARY LOMBARDI, Respondent, v JOSEPH PISARI et al., Doing Busi-

ness as F. & G. Associates, Appellants, et al., Defendants.—In a mortgage foreclosure action, the defendants, doing business as F. & G. Associates, appeal from an order of the Supreme Court, Richmond County, dated August 21, 1979 which denied their motion for leave to amend their answer, and granted plaintiff's cross motion, *inter alia,* to strike the answer and for summary judgment. Order affirmed, without costs or disbursements. While leave to amend or supplement pleadings generally "shall be freely given" (CPLR 3025, subd [b]), the record before us discloses a failure by appellants to supply any evidentiary specificity supporting the claim sought to be asserted in the proposed counterclaim, and a failure to demonstrate that the claim arose subsequent to service of the original answer. Furthermore, the answer did not assert a defense properly raising a question of fact relevant to the claim of default on the mortgage, and therefore was insufficient as a matter of law to preclude the granting of summary judgment on the foreclosure action. Mollen, P. J., Gibbons, Martuscello and Weinstein, JJ., concur.